18906

Robert C. WASSON, Chairman, James A. Calhoun, Jr., and Wyatt E. Durham, being Members and Constituting the South Carolina Tax Commission, Appellant, v. James E. MAYES, W. C. Plowden, Jr., John C. B. Smith, W. D. Tinsley, Hubert E. Nolin, D. Glenn Yarborough, and John K. Schipman, Jr., being Members and Constituting the Tax Board of Review; and Belk's Stores, of whom Belk's Stores is the, Respondent.

(167 S. E. (2d) 307)

*Messrs. Daniel R. McLeod, Attorney General,* and *Joe L. Allen, Jr.,* and *G. Lewis Argoe, Jr., Assistant Attorneys General,* of Columbia, *for Appellant,*

*Messrs. David McConnell,* of Charlotte, N. C., and *Robinson, McFadden & Moore,* of Columbia, *for Respondent,*

504

April 16, 1969.

*Per Curiam:*

The decision of this court in *Wasson, et al., v. Mayes,* S. C., 167 S. E. (2d) 304, controls our disposition of this appeal and results in affirmance of the judgment appealed from.

Affirmed.